IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC HOWARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv354-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #2), entered on May 1, 2007, and upon an independent evaluation of the file, the Recommendation is adopted, and it is hereby

ORDERED that Petitioner's Motion to Vacate, Set Aside or Correct Sentence (styled Motion for Reconsideration of Sentencing Court Decision at Sentencing Hearing) is DENIED, and this case is hereby DISMISSED. Final Judgment will be entered accordingly.

DONE this 17th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE