IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC HOWARD,

     Petitioner,

vs.                              CIVIL ACTION NO.  2:07cv354WHA

UNITED STATES OF AMERICA,

     Respondent.

_____/

## MOTION FOR RECONSIDERATION PURSUANT TO
## FED.R.CIV.P. 28 U.S.C. § 636

Comes Now the Petitioner, Cedric Howard, Pro se, interposing Haines v. Kerner, 404 U.S. 519 (1972) respectfully submits this Motion for Reconsideration pursuant to Fed.R.Civ.P. 28 U.S.C. § 636 based on the following reasons.

The Petitioner has never received a copy of the Magistrate Report and Recommendation to be afforded an opportunity to respond before an order was entered. 28 U.S.C. § 636 states that within ten (10) days after being served with a copy, any party may serve and file written objections to such proposed findings, and recommendations as provided by rules of court.

The Petitioner respectfully request that this Honorable Court remit and set aside its order of may 17, 2007 to dismiss and grant the Petitioner an opportunity to respond to the

Magistrate Report and Recommendation before a final order is entered.

**DATED:** The 31 day of *May*, 2007.

Respectfully Submitted,

*Cedric Howard*

Cecric Howard
Reg. No. 10092-002
FCC Yazoo City
P.O. Box 5000
Yazoo City, MS 39194-5000

Footnote _____
        Petitioner states that he received the Judgment from
        the court on May 22 and submits his Motion for
        Reconsideration of the Judgment on May 31, 2007.

2

## CERTIFICATE OF SERVICE

I Hereby Certify that true and correct copies of the said Petition have been mailed to the following:

1.  United States District Court
    Middle District of Alabama
    Office of the Clerk
    P.O. Box 711
    Montgomery, Alabama 36101-0711

2.  United States Court of Appeals
    Eleventh Judicial Circuit

    _____

    Emmit Ripley Cox, Judge
    113 St. Joseph Street
    Room 433
    Mobile, Alabama 36602

3.  Office of the U.S. Attorney
    Attn: Kent B. Bruson
    P.O. Box 197
    Montgomery, Alabama 36101-0197

**DATED:** The _31_ Day of _May_ , 2007.

_Cedric Howard_
Cedric Howard
Reg. No. 10092-002
FCC Yazoo City
P.O. Box 5000
Yazoo City, MS 39194