IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC HOWARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv354-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Upon consideration of the Petitioner's Motion for Reconsideration (Doc. #5), the motion is GRANTED to the following extent:

1. The Order (Doc. #3) and Final Judgment (Doc. #4) are VACATED and SET ASIDE.

2. The clerk's office is DIRECTED to mail another copy of the Magistrate Judge's Report and Recommendation to the Petitioner at the address shown in the Motion for Reconsideration.

3. The Petitioner is given **until September 17, 2007,** to file an objection.

DONE this 24th day of August, 2007.

        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE