Cedric Howard
Reg. No. 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

September 10, 2007

Clerk of Court
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

2:07cv354-WHA

RE: Change of Address

Dear Clerk:

I am informing the Court that my mailing address has changed. I am presently located at the above-styled address. Therefore, please forward all future correspondence to me at the above-styled address.

Thanks in advance.

Sincerely,

*Cedric Howard*
Cedric Howard

cc: Office of the U.S. Attorney
    Attn: Kent B. Bruson
    P.O. Box 197
    Montgomery, AL 36101-0197

Cedric Howard
Reg. No. 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

LEGAL MAIL

36101+0711

LEGAL MAIL

JACKSON MS 392
07 SEP 2007 PM 1 L

Clerk of Court
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

USA 41