UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 SEP 17 A 10: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CEDRIC HOWARD,

    Petitioner/Movant,

vs                                         Civil Action No. 2:07cv354-WHA
                                                          (WO)

UNITED STATES OF AMERICA,

    Plaintiff/Respondent.

_____/

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **COMES NOW**, the Petitioner, Cedric Howard, pro se and indigent, and respectfully moves this Honorable Court for a extension of time in which to file objections to the Magistrate Judge's Report and Recommendation. In support of this motion, Movant avers:

    1. Petitioner submitted a Motion for Reconsideration on April 18, 2007. (Doc. # 1).

    2. Recommendation of the Magistrate Judge was filed May 1, 2007.

    3. A final judgment was issued May 17, 2007. (Doc. # 4).

    4. Petitioner filed a Motion for Reconsideration of the final judgment May 17, 2007. The motion was granted, and the Petitioner was given until September 17, 2007 to file an objection. (Doc. # 5).

    5. For the following reasons Movant moves this Court to grant this Motion for Extension. Because Movant is proceeding

Pro se in this action and is untrained, and unaided by anyone trained in any fact of law, he is requesting additional time to file his objection, to allow a fair opportunity for him to research the sophisticated issue and review the case authority cited in the R & R.

6. This motion is in no way intended to prejudice the Government or burden this Court with any unnecessary delay in these proceeding; to the contrary, this motion is submitted to ensure that these proceedings reflect the integrity they deserve.

Wherefore, Movant prays that the additional time requested herein is granted.

Dated: The __10__ day of __Howard__, 2007.

Respectfully Submitted,

By: _Cedric Howard_
Cedric Howard
Reg. No. 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and accurate copy of the foregoing "Motion for Extension of Time" has been served on the following, by placing same in the U.S. Mail, at Talladega Satellite Camp, enclosed in an envelope with sufficient prepaid, first class postage affixed to ensure delivery:

1. United States District Court
   Middle District of Alabama
   Office of the Clerk
   P.O. Box 711
   Montgomery, Alabama 36101-0711

2. Office of the U.S. Attorney
   Attn: Kent B. Bruson
   P.O. Box 197
   Montgomery, Alabama 36101-0197

Dated: The __10__ day of __September__, 2007.

_Cedric Howard_
Cedric Howard
Reg. No. 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

3

