IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 OCT 19 A 10:07

CEDRIC HOWARD,

    Petitioner,

v.                               Civil Action No.: **2:07cv354-WHA**

UNITED STATES OF AMERICA,

    Respondent.
_____/

## MOTION FOR REINSTATEMENT OF PETITIONER'S MOTION AND OBJECTION TO MAGISTRATE JUDGE REPORT AND RECOMMENDATION

**COMES NOW**, the Petitioner, Cedric Howard, pro se, interposing __Houston v. Lack__; 487 U.S. 266, 271-72.

Petitioner states that his objection to the Magistrate Judge R&R was filed-on-time when he gave it to Mail Room Officer at FPC Talladega on the morning of September 28, 2007, addressed to the Clerk of Court, United States District Court, P.O. Box 711, Montgomery, Alabama 36101-0711. Moreover, Petitioner mailed a copy of the motion via Certified Mail to: Office of the U.S. Attorney, Attn: Kent B. Bruson, P.O. Box 197, Montgomery, Alabama 36101-0197. Received by Christine D. Lake, on 10/01/07.

A copy of the certified return receipt is enclosed with this motion, also see letters from the Honorable Emmet R. Cox, and Warden Constance Reese.

The Petitioner respectfully request that the Honorable court remit and set aside its order of October 10, 2007 to dismiss, pursuant to Houston v. Lack; 487 U.S. 266, 271-72 (1988);

**Washington v. United States**; 243 F.3d 1299, 1301 (11th Cir 2001).

Dated: The _17_ day of _October_, 2007

Respectfully Submitted

_Cedric Howard_
Cedric Howard / pro se
Reg: 10092-002
Federal Prison Camp
PMB 2000
Talladega, AL 35160

## CERTIFICATE OF SERVICE

I Hereby Certify that true and correct copies of the said Petition has been mailed to the following:

1. United States District Court
   Middle District of Alabama
   Office of th4e Clerk
   P.O. Box 711
   Montgomery, AL 36101-0711

2. United States Court of Appeals
   Eleventh Judicial Circuit

   Emmit Ripley Cox, Judge
   113 St. Joseph Street
   Room 433
   Mobile, AL. 36602

3. Office of the U.S. Attorney
   Attn: Kent B. Bruson
   P.O. Box 197
   Montgomery, AL 3601-0197

Dated: The _17_ day of _October_, 2007     _Cedric Howard_
Cedric Howard
Reg: 10092-002
Federal Prison Camp
PMB 2000
Talladega, AL 35160

Cedric Howard Reg: 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

LEGAL MAIL

LEGAL Mail

LEGAL MAIL

Legal Mail

United States District Court

UNITED STATES DISTRICT COURT
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of the U.S. Attorney
   Attn: Kent B. Bruson
   P.O. Box 197
   Montgomery, AL 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Chrystine D. Lake
C. Date of Delivery: 10-01-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 2890 0001 1050 8957

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    First-Class Mail
                                Postage & Fees Paid
                                USPS
                                Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cedric Howard
Reg. No. 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

5033



**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*
P.O. Box 5666
Yazoo City, Mississippi 39194

August 22, 2006

Joshua Miles
P.O. Box 84
Monroeville, Alabama 36461

Re:  Howard, Cedric
    Register Number 10092-002

Dear Mr. Miles:

This is in response to your letter, dated July 20, 2006, addressed to the Director of the Bureau of Prisons. Your letter was forwarded to me for a response since your father, Cedric Howard, is currently incarcerated at the Federal Correctional Complex (FCC), Yazoo City, Mississippi. You state you miss your father, you have never spent a birthday with him and request he be released from prison.

Your father was sentenced by the Honorable Emmett R. Cox, United States District Court Judge to serve 264 months in a federal prison. Although, the Bureau of Prisons recognizes the importance of close family ties and your need to see your father, we do not have the authority to release your father from prison. He must serve the remaining 124 months left on his sentence, unless we are directed by the United States Circuit Court Judge to do otherwise. I encourage you to be strong and support your father through this difficult time by sending him letters and drawings expressing your love for him.

I trust this information is helpful. If you require additional information, please feel free to contact me.

Sincerely,

Constance Reese
Warden

<div style="text-align:center">

**United States Court of Appeals**
**Eleventh Judicial Circuit**

</div>

Chambers of
Emmett Ripley Cox
United States Circuit Judge
113 St. Joseph Street
Room 433
Mobile, Alabama 36602

March 27, 2007

Cedric Howard   10092-002
FCC Yazoo City
P.O. Box 5000
Yazoo City, MS 39194-5000

    **RE:**  **United States v. Howard**
          **Case No. 97-CR-00210-003**

Dear Mr. Howard:

I have your letter dated March 7, 2007 relative to your sentence in this case.

The law does not authorize me to amend your sentence at this time for the reasons suggested in your letter.

                                    Very truly yours,

                                    Emmett Ripley Cox

ERC:rcc
c:    U.S. Probation Office
       Montgomery, Alabama