IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

CEDRIC HOWARD,
    Petitioner,

vs

    Civil Action No. 2:07cv354-WHA
    (WO)

UNITED STATES OF AMERICA,
    Respondent.

_____/

## OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE

COMES NOW, the Petitioner, Cedric Howard, and files this response to the Magistrate Judge recommendation.

### PROCEDURAL HISTORY

1. Petitioner, Cedric Howard, filed a Motion for Reconsideration on April 18, 2007. An Order of Final Judgment was issued May 17, 2007. (Doc. # 3).

2. The Petitioner file a Motion for Reconsideration of the Order. (Doc. # 5). The motion was Granted. (Doc. # 4).

3. The Petitioner was given until September 17, 2007, to file an objection.

### ISSUE

This issue is one in which the Court insinuated a displeasure in the sentence about to be pronounce, but thought it did not have the authority to give, convey or convert a

lesser sentence. It has now been determined that the sentencing court did have the authority if it had chosen, at that time to sentence the Petitioner to a lesser sentence based on the statement presented by the Court.

**THE COURT:** "The Court had a real problem with the quantity issue in this case". See Exhibit in Petitioner's Motion for Reconsideration, page (515) paragraph (12-13) sentencing transcript.

The Court has jurisdiction to reconsider its prior ruling under the law of the case doctrine, as most now commonly understood it is not improper for a Court to depart from a prior holding if convinced that its decision was clearly erroneous and would work a manifest injustice.

### SUPPORTING CASE LAW

Arizona v. California, 460 U.S. 605 (1983), **Castro v. United States**, 540 U.S. 375 (2003), **United States v. Todd**, 920 F.2d 399 (6th Cir. 1990); see also **Baumer v. United States**, 685 F.2d 1318 (11th Cir. 1982) quoting **White v. Murtha**, 377 F.2d 428 (5th Cir. 1967), **United States v. Robinson**, 690 F.2d 869 (11th Cir. 1987).

Foot Note 1

The Court has misconstrued Howard's Motion for Reconsideration as an Apprendi, Blakely, and Booker issue. The Petitioner states that the issue at hand is based on a Statement by the sentencing court at the time; that called into question the propriety of his sentence.

2

The Court's earlier decision in sentencing the Petitioner was clearly erroneous and worked a manifest in justice because the Court's decision at sentencing was based on the belief that the Court thought it did not have the authority to sentence the Petitioner to a lesser sentence.

Wherefore, premises considered, the Petitioner prays and implores that the Honorable Court would grant him some type of relief.

Dated: The  27  day of  September , 2007.

Respectfully Submitted,

*Cedric Howard*

Cedric Howard
Reg. No. 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and accurate copy of the foregoing "Objection to the Recommendation of the Magistrate Judge" has been served on the following, by placing same in the U.S. Mail, at Talladega Satellite Camp, enclosed in an envelope with sufficient prepaid, first class postage affixed to ensure delivery:

1. United States District Court
   Middle District of Alabama
   Office of the Clerk
   P.O. Box 711
   Montgomery, Alabama 36101-0711

2. Office of the U.S. Attorney
   Attn: Kent B. Bruson
   P.O. Box 197
   Montgomery, Alabama 36101-0197

Dated: The 27 day of September, 2007.

*Cedric Howard*
Cedric Howard
Reg. No. 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

4



Cedric Howard Reg: 10092-002
Talladega Satellite Camp
P.O. Box 2000
Talladega, Alabama 35160

United States District Court
Middle District Of Alabama
Office Of The Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711

LEGAL MAIL